IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>KENNETH LAMAR WILLIAM,  )<br>   Defendant.  ) | 8:13CR334<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Kenneth Lamar William (William) (Filing No. 20).  William seeks until November 1, 2013, in which to file pretrial motions in accordance with the progression order.  William's counsel represents that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant William's motion for an extension of time (Filing No. 20) is granted.  William is given until **on or before November 1, 2013,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., **the time between October 24, 2013, and November 1, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 24th day of October, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge